## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## RENO, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 03:04-CR-00164-LRH-(VPC) |
|  | C/A #: 05-10255 |
| Plaintiff/Appellee, | |
|  | ORDER ON MANDATE |
| vs. | |
| JESUS BARRIENTOS-MALDONADO, | |
| Defendant/Appellant. | |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on February 22, 2006, issued its mandate affirming the judgment, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

DATED this 31st day of March, 2006.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE